Same case below, 379 Fed. Appx. 642.

**No. 10-6326. Joseph Morales, Petitioner v. Shirlee Harry, Warden.**

562 U.S. 1014, 131 S. Ct. 530, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8474, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6327. Roosevelt McClenton, Petitioner v. Minnesota.**

562 U.S. 1014, 131 S. Ct. 530, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8648.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

Same case below, 781 N.W.2d 181.

**No. 10-6357. James Walker, Petitioner v. George H. Sheldon, Secretary, Florida Department of Children and Families.**

562 U.S. 1014, 131 S. Ct. 530, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8473.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 611 F.3d 720.

**No. 10-6368. Jackie Lyn Coulombe, Petitioner v. City of Oxnard, California, et al.**

562 U.S. 1014, 131 S. Ct. 530, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8625, ■

November 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6374. Matthew Timothy Norris, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

562 U.S. 1014, 131 S. Ct. 553, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8493.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6381. Hazel Bonner, Petitioner v. John R. Steele.**

562 U.S. 1014, 131 S. Ct. 531, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8644.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of South Dakota denied.

Same case below, 782 N.W.2d 379.

**No. 10-6385. Nathaniel White, Petitioner v. South Carolina.**

562 U.S. 1014, 131 S. Ct. 531, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8494.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 10-6400. Prentis W. Wilson, Petitioner v. Mary Berghuis, Warden.**

562 U.S. 1014, 131 S. Ct. 531, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8514.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.